[Filed December 23, 1889.]

## ELLA WHEELER, RESPONDENT, v. C. H. WHEELER, APPELLANT.

For the reasons stated in the foregoing opinion the complaint is dismissed, and in view of the circumstances the defendant, C. H. Wheeler, will pay all costs and disbursements; and it is so ordered.